UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>DOE-68.8.213.203,<br><br>                    Defendant. | Case No. 15-CV-2729-GPC (JMA)<br><br>**ORDER DENYING PLAINTIFF'S SECOND EX PARTE MOTION FOR LEAVE TO ISSUE A FRCP 45 SUBPOENA AND SUPPLEMENTAL MOTION THEREON**<br><br>**[ECF Nos. 10, 11]** |

Before the Court is a Second Ex Parte Motion for Leave to Issue a Subpoena pursuant to Fed. R. Civ. P. 45, and a Supplemental Motion thereon, filed by Plaintiff Cobbler Nevada, LLC ("Plaintiff").  (ECF Nos. 10, 11.)  The Court hereby **ORDERS** that Plaintiff file supplemental briefing addressing the following:

1.    The discrepancy between the document filed at ECF No. 10-3, which reflects Plaintiff's motion picture, *The Cobbler*, was associated with BitTorrent activity at Defendant IP address 68.8.213.203 on thirteen (13) occasions and the document filed as Exhibit 1 to Plaintiff's Complaint (see ECF No. 1-2), which reflects 107 instances of BitTorrent activity involving *The Cobbler* at Defendant IP address.

2.      Whether Plaintiff should be permitted to refer to motion pictures, television programming, and other works not at issue in this lawsuit in its communications with the subscriber of Defendant IP address and/or the alleged infringer of the only copyrighted work at issue in this litigation, *The Cobbler*.

3.      Plaintiff's supplemental brief, not exceeding five (5) pages, shall be filed by no later than <u>March 11, 2016</u>.

Additionally, the Clerk of Court shall terminate the motion docketed at ECF No. 8, which was withdrawn by Plaintiff (<u>see</u> ECF No. 9), and the document filed at ECF No. 9, which was erroneously filed as a motion by Plaintiff.

**IT IS SO ORDERED.**

DATED:  March 3, 2016

Jan M. Adler
U.S. Magistrate Judge