UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DOE-68.8.213.203,<br><br>    Defendant. | Case No. 15-CV-2729-GPC (JMA)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND EX PARTE MOTION FOR LEAVE TO ISSUE A FRCP 45 SUBPOENA AND SUPPLEMENTAL MOTION THEREON**<br><br>**[ECF Nos. 10, 11]** |

In view of Plaintiff's supplemental memorandum filed on March 9, 2016 in response to the Court's order of March 3, 2016, the Court hereby reconsiders its order on Plaintiff's Second Ex Parte Motion for Leave to Issue a Subpoena pursuant to Fed. R. Civ. P. 45 and Supplemental Motion thereon [ECF Nos. 10, 11] and **GRANTS** Plaintiff leave to take a deposition by written questions of subscriber Romelia Bedolla pursuant to Fed. R. Civ. P. 31 and 45.

**IT IS SO ORDERED.**

DATED:  March 14, 2016

                     _____
                     Jan M. Adler
                     U.S. Magistrate Judge