UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DOE-68.8.213.203,<br><br>    Defendant. | Case No. 15-CV-2729-GPC (JMA)<br><br>**ORDER REQUIRING<br>(1) SUPPLEMENTAL BRIEFING<br>FROM PLAINTIFF AND<br>(2) RESPONSE FROM<br>SUBSCRIBER ROMELIA<br>BEDOLLA REGARDING<br>PLAINTIFF'S MOTION TO<br>COMPEL** |

On March 14, 2016, the Court granted Plaintiff Cobbler Nevada, LLC ("Plaintiff") leave to take a deposition by written questions of subscriber Romelia Bedolla pursuant to Fed. R. Civ. P. 31 and 45. See ECF No. 16. Plaintiff states it served Ms. Bedolla with the March 14, 2016 Order and written questions on March 21, 2016. Pl.'s Mot. [ECF No. 19] at 3. Ms. Bedolla, however, has refused to respond to the questions. Davis Decl., ¶ 7. Plaintiff now seeks an order compelling Ms. Bedolla to respond.

**IT IS HEREBY ORDERED**:

1. On or before <u>June 20, 2016</u>, Plaintiff shall file a supplemental brief consisting of a copy of the subpoena and written questions served on Ms. Bedolla, including the proof of service.

//

2. On or before June 29, 2016, Ms. Bedolla shall either respond to Plaintiff's written questions or file a response to Plaintiff's motion to compel.

**IT IS SO ORDERED.**

DATED: June 15, 2016

_____
Jan M. Adler
U.S. Magistrate Judge